UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA ANN DANIEL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE; MEGAN J. BRENNAN, Post Master General; HUMAN RESOURCES SHARED SERVICES; BEVERLY L. BROOKS; and CHARLIE WARD,<br><br>　　　　　　　Defendants. | NO:  2:16-CV-332-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE the Court is Plaintiff's Motion for Voluntary Dismissal without Prejudice, ECF No. 9.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Voluntary Dismissal without Prejudice, **ECF No. 9**, is **GRANTED**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** March 3, 2017.

>  *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2